# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKI T. OYA, SOUCHI OYA,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 3:18-cv-01999-H-BGS<br><br>**ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

On August 27, 2018, Plaintiffs Aki T. Oya and Souichi Oya ("Plaintiffs") filed a complaint against Defendants Wells Fargo Bank N.A., Select Portfolio Servicing, Inc., Magnum Property Investments, LLC, and Strategic Acquisitions, Inc. (collectively, "Defendants"). (Doc. No. 1.) On October 16, 2018, Plaintiffs filed a motion to amend the complaint. (Doc. No. 16.) On October 24, 2018 and November 2, 2018, Defendants filed oppositions to Plaintiffs' motion to amend the complaint. (Doc. Nos. 18–19.) A hearing on the motion was scheduled for November 19, 2018.

On November 2, 2018, the Court granted Defendants' motions to dismiss and granted Plaintiffs leave to amend. (Doc. No. 21.) Given that the Court granted Plaintiffs leave to amend in its order granting Defendants' motions to dismiss, Plaintiffs' motion for

leave to amend the complaint is rendered moot. Insofar as Plaintiffs seek to add new claims to their complaint, the Court grants Plaintiffs leave to add those claims. See Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."); Owens v. Kaiser Foundation Health Plan, Inc., 244 F.3d 708, 712 (9th Cir. 2001) (explaining that the policy of granting leave to amend freely when justice so requires "is to be applied with extreme liberality" (citations omitted)). Defendants may challenge any new claims in a motion to dismiss.

Accordingly, the Court denies as moot Plaintiffs' motion for leave to amend the complaint. Plaintiffs may file an amended complaint on or before **December 3, 2018** as set out in the Court's previous order. The Court vacates the November 19, 2018 hearing.

**IT IS SO ORDERED.**

DATED: November 7, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT